CFS
25331

## United States District Court
### Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WYNP | E 1482720 | GERHART | 439 |

#### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☐USC ☐State Code |
|---|---|
| 10/29/2025  6:31p | 36 CFR 4.21(c) |

Place of Offense
Little Thumb Creek- Grand Loop Rd.

Offense Description: Factual Basis for Charge          HAZMAT ☐

excessive speed 63/45

**DEFENDANT INFORMATION** Phone:

Last Name: Anderson    Scott    J

Street Address: [redacted]

7526581 | CO | 97 | Mrs | Pajero | Silver

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

sja10144@yahoo.com    $ 180  Forfeiture Amount

+ $30  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 210  Total Collateral Due

#### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address    Date

**Yellowstone Justice Ctr**
105 Albright Avenue
Mammoth, WY 82190    Time

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1482720*

CVB SCAN 01/06/2026 13:28

---

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐  my personal observation          ☐  my personal investigation

☐  information supplied to me from my fellow officer's observation

☐  other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
               Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
               Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 01/06/2026 13:28