**FILED**

**2:13 pm, 3/19/26**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

☑ Violation Notice ☐ Information ☐ Complaint

vs

SCOTT J ANDERSON

Defendant

Case Number   L:26-PO-00148-SAH-1

Violation Charged   Operate vehicle in excess of posted speed limit

Citation Number   (E1482720)

Date Violation Notice Issued   10/29/2025        Place        WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 1:51-1:51

Interpreter  N/A

Date  March 19, 2026

Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear      Warrant issued on  N/A

☐ Appeared      ☐ By telephone

  ☐ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

  ☐ FPD      ☐ PANEL-CJA      ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to                    at

  reason:

☐ Bail is set at

  ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

WY 59

Rev. 3/18/2026

Petty Offenses/Misdemeanors Minute Sheet
L:26-PO-00148-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
This consent was made    ☐ orally    ☐ in writing

---

☐ Informed of charges and rights          Date
☐ Defendant arraigned                     Date
☐ Court accepts plea          Defendant enters ☐ Guilty          ☐ Not Guilty Plea
☐ Trial     Witnesses

☐ Disposition
   ☐ Not Guilty
   ☐ Guilty
   ☐ Dismissed
   ☐ Collateral Forfeited
   ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence          Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
         ☐ With Supervision          ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine                        Payable
☐ Restitution                 To
☐ Community Service           To
☐ Special Assessment
☐ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other  Request for driver's license suspension will be sent to DOT.