

**2:39 pm, 5/14/26**

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| Plaintiff | |
| vs | Case Number   L:26-PO-00148-SAH-1 |
| SCOTT J ANDERSON | |
| Defendant | |

Violation Charged   Operate vehicle in excess of posted speed limit        Citation Number   (E1482720)

Date Violation Notice Issued   10/29/2025        Place        WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 1:56-1:57                           Interpreter  N/A

Date  May 14, 2026                       Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Kerry J. Jacobson | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear      Warrant issued on

☐ Appeared     ☐ By telephone
                        ☐ Voluntarily    ☐ In Custody
☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

          ☐ FPD      ☐ PANEL-CJA      ☐ RETAINED
☐ Attorney waived

☐ Court orders case continued to                      at
    reason:

☐ Bail is set at

          ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety
☐ Conditions of release

WY 59                                                              Rev. 3/18/2026

Petty Offenses/Misdemeanors Minute Sheet
L:26-PO-00148-SAH-1

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made   ☐ orally    ☐ in writing

---

☐ Informed of charges and rights          Date
☐ Defendant arraigned          Date
☐ Court accepts plea          Defendant enters ☐ Guilty          ☐ Not Guilty Plea
☐ Trial    Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence    Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation


☐ Fine          Payable
☐ Restitution          To
☐ Community Service          To
☐ Special Assessment
☐ Processing fee: $  30.00
☐ Defendant advised of right to appeal
☑ Other  Request for driver's license suspension will be sent to DOT.